**Dismissed and Opinion Filed November 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00259-CR

### TRAVIS WAYNE CARROLL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F13-41119-H

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140259F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

TRAVIS WAYNE CARROLL, Appellant

No. 05-14-00259-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F13-41119-H.
Opinion delivered per curiam before Justices
Francis, Evans, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered November 12, 2014.